UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-02689-OTAZO-REYES

UNITED STATES OF AMERICA

vs.

JORDAN JESUS HUNG MENDOZA and
JOSE GREGORIO MOURE ALVAREZ,

Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on the Parties' Joint Motion to Continue the Arraignment and Preliminary Examination.   Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED and the Arraignment and Preliminary Examination are hereby continued until June 7, 2021.   Based on the representations of the parties, the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial."   18 U.S.C. § 3161(h)(7)(A).

DONE AND ORDERED at Miami, Florida, this 4th day of May, 2021.

_____
LISETTE REID
UNITED STATES MAGISTRATE JUDGE